UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Adelaida Agosto,

        Plaintiff,

   -against-                                     20 Civ. 8912 (CM)

Commissioner of Social Security, et al.,

        Defendants.

------------------------------------------------------------X

ORDER

McMahon, J.:

The Clerk is hereby directed to refund the filing fee in the above-captioned case.

SO ORDERED:

_____
Chief U.S.D.J.

Dated: November 10, 2020
New York, New York